JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CV 24-3828 FMO (JPRx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| GRACE MALOLEPSZY, et al., | |
| Defendants. | |

Pursuant to the Order Granting the Government's Motion for Default Judgment, IT IS ADJUDGED THAT judgment in the above-captioned action be entered in favor of plaintiff the United States of America and against defendant Grace Malolepszy, in the amount of $407,596.65, as of August 19, 2024, plus all subsequent accruals including interest and penalties.

Dated this 11th day of September, 2024.

/s/
Fernando M. Olguin
United States District Judge